IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 22-0736, 22-0737

IN THE MATTERS OF

L.E.A.B and E.M.G.,

Youths in Need of Care

**ORDER**

Upon consideration of Appellant Mother, C.G.'s, motion to consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. 22-0736 and 22-0737 are hereby consolidated under Cause No. DA 22-0736 and henceforth captioned In the Matters of L.E.A.B and E.M.G.

Electronically signed by:
Mike McGrath
ORDER
Chief Justice, Montana Supreme Court
March 23 2023